No. 93–1521.  SETLECH v. UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–1523.  GRAFF v. CITY OF CHICAGO.  C. A. 7th Cir. Certiorari denied.

No. 93–1524.  TREGENZA ET AL. v. GREAT AMERICAN COMMUNICATIONS CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–1529.  PICRAY v. CITY OF DES MOINES, IOWA, ET AL. Ct. App. Iowa.  Certiorari denied.

No. 93–1530.  CASSELL v. LANCASTER MENNONITE CONFERENCE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–1538.  GILL v. VIDMARK, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–1554.  PADDIO v. BOARD OF TRUSTEES FOR STATE COLLEGES AND UNIVERSITIES OF LOUISIANA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–1575.  CALDERON, WARDEN v. JOHNSON.  C. A. 9th Cir.  Certiorari denied.

No. 93–1595.  ROSE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–1627.  UNITED STATES LINES, INC. v. PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, ADMINISTRATOR OF THE ESTATE OF VALVERDE, DECEASED.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 93–7385.  SHORTHOUSE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–7394.  McCLENDON v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–7510.  BELMONTE ROMERO v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.